UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHLOE CARNEGIE,

    Plaintiff,

v.                                          Case No: 8:25-cv-739-CEH-AEP

HERITAGE PARK NURSING
CENTER LLC,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the amended[1] Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on September 4, 2025 (Doc. 18). In the amended Report and Recommendation, Magistrate Judge Porcelli recommends that (1) Plaintiff's Amended Motion for Partial Final Judgment (Doc. 16) be granted as to Counts I, II, III, IV, and V, on the issue of liability; (2) Plaintiff be awarded economic damages in the amount of $19,160 in compensatory damages, $5,062.50 in attorneys' fees, $485.04 in costs, and post-judgment interest calculated at the statutory rate; (3) Plaintiff be directed to file a notice to the Court that either: (a) states her intent to pursue noneconomic damages and/or other relief so the Court can set an evidentiary hearing or (b) withdraws her claims to noneconomic damages or

---

[1] The magistrate judge filed a Report and Recommendation regarding the pending motion on August 12, 2025. Doc. 17. Upon further consideration, the magistrate judge issued an amended report and recommendation (Doc. 18) which is now before the Court. Given that an amended report has been issued, the Court will direct the Clerk to terminate the initial report at Doc. 17.

other relief and accepts a final default judgment as to all counts; and (4) if Plaintiff withdraws her pursuit of noneconomic damages, then a final default judgment as to Counts I, II, III, IV, and V be entered against Defendant in the amount of $24,707.54, plus post-judgment interest calculated at the statutory rate. Alternatively, the Magistrate Judge recommends that if Plaintiff seeks noneconomic damages, then the matter be referred to the Magistrate Judge for further consideration. All parties were furnished copies of the amended Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the amended Report and Recommendation (Doc. 18), and upon this Court's independent examination of the file, it is determined that the amended Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The amended Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Amended Motion for Partial Final Judgment (Doc. 16) is **GRANTED** as to Counts I, II, III, IV, and V, on the issue of liability.

(3) Plaintiff is awarded economic damages in the amount of $19,160 in compensatory damages, $5,062.50 in attorneys' fees, $485.04 in costs, and post-judgment interest calculated at the statutory rate.

(4) Within **FOURTEEN (14) days** of this Order, Plaintiff is directed to file a notice to the Court that either: (a) states her intent to pursue

noneconomic damages and/or other relief so the Court can set an evidentiary hearing or (b) withdraws her claims to noneconomic damages or other relief and accepts a final default judgment as to all counts.

(5) Following receipt of the Plaintiff's Notice, the Court will either enter final default judgment or, alternatively, schedule the matter for further proceedings on Plaintiff's noneconomic damages. If Plaintiff fails to respond within the time permitted, the Court will enter judgment in the amount of the economic damages awarded herein.

(6) The Clerk is directed to terminate the Report and Recommendation at Doc. 17.

**DONE AND ORDERED** at Tampa, Florida on September 22, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record
Unrepresented parties

3